IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH M. SHANKLIN,
        Petitioner,

vs.                                          Case No. 3:08cv145/RV/EMT

WALTER McNEIL,
        Respondent.
_____/

## ORDER

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as a motion to proceed in forma pauperis (Docs. 1, 2).

Petitioner's motion to proceed in forma pauperis shall be denied, without prejudice, as it is incomplete. A prisoner seeking to bring a civil action without prepayment of the filing fee must submit a certified copy of the trust fund account statement for his inmate account for the six-month period immediately preceding the filing of the petition. *See* 28 U.S.C. § 1915(a)(a). In this case, as the petition was filed April 9, 2008 (*see* Doc. 1 at 13), the period involved is from October 9, 2007 to April 9, 2008. Although Petitioner submitted a printout from his inmate account, the printout shows the activity in his account up to January 24, 2008, instead of April 9, 2008, as required (*see* Doc. 2). Therefore, the motion will be denied without prejudice to Petitioner's refiling a complete motion with the required account activity.

Accordingly, it is **ORDERED**:

1.      Petitioner's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2.      Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall (1) pay the $5.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the

requisite prisoner consent form and financial certificate, including an attached computer printout of the transactions in his prison account from October 9, 2007 through April 9, 2008.

3.      The clerk shall send Petitioner a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

4.      Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this $\underline{15}^{th}$ day of April 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**