IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH M. SHANKLIN,
    Petitioner,

v.                                            Case No.: 3:08cv145/RV/EMT

WALT McNEIL,
    Respondent.
_____/

**O R D E R**

       This cause is before the court on Respondent's second motion for extension of time to file a response to the habeas petition (Doc. 13). Petitioner has filed a "Motion to Object to Any Further Time Extensions" (Doc. 14), which is properly construed as a response in opposition to Respondent's motion. Respondent having shown good cause for granting an extension of time, the extension shall be granted.

       Accordingly, it is **ORDERED**:

       1.     The clerk shall edit the docket to reflect that Petitioner's "Motion to Object to Any Further Time Extensions" (Doc. 14) is not a motion but a response to Respondent's second motion for extension of time.

       2.     Respondent's second motion for extension of time is **GRANTED**. Respondent shall file an answer to the habeas petition on or before **SEPTEMBER 15, 2008.**

       **DONE AND ORDERED** this 29th day of August 2008.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**