IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH M. SHANKLIN,
    Petitioner,

vs.                                    Case No. 3:08cv145/RV/EMT

WALTER McNEIL,
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 27, 2010 (Doc. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3. All pending motions are **DENIED** as moot.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 9th day of December, 2010.

                                  /s/ _Roger Vinson_
                                **ROGER VINSON**
                                **SENIOR UNITED STATES DISTRICT JUDGE**